UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELVIS JIMENEZ, | Case No. CV 13-2752-DDP(AJW) |
|     Petitioner, | |
|   v. | JUDGMENT |
| SCOTT FRAUENHEIM, Warden, | |
|     Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: December 18, 2015

_____
Dean D. Pregerson
United States District Judge